IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEITH ANTHONY FLANNIGON**                                                                                                       **PLAINTIFF**

VS.                                                  **4:22-CV-00048-BRW**

**TERRY ROPER, Lieutenant,**
**Faulkner County Detention Center,** *et al*                                                                                **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed without prejudice.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 29th day of March 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1]   28 U.S.C. § 1915(a)(3).

1